**Order filed June 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00645-CV
_____

**CRYSTAL DOLGENER, Appellant**

**V.**

**STEVEN DOLGENER, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-27998**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of Exhibit # 2, Exhibit # 3, Exhibit # 4, Exhibit # 5, and Exhibit # 6, all of which are video recordings contained on a single USB-drive.

The clerk of the 280th District Court is directed to deliver to the Clerk of this court the originals of the above listed exhibits on or before **July 2, 2021.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals to the clerk of the 280th District Court.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.